## No. 7694.

## THE STATE EX REL. A. BARBIN VS. W. A. STRONG, SECRETARY OF STATE.

The Secretary of State will be prohibited from compiling votes and including them in his official promulgation of an election, during the pendency of a suspensive appeal from the judgment that orders such compilation and promulgation.

FOR a Prohibition.

*A. & W. Voorhies* for Relator.    Respondent *in pp*.

In a suit in the Fifth Court of New Orleans, entitled "The State ex rel. W. F. Blackman *v.* the Secretary of State," a judgment was rendered directing the Secretary, "to compile the ballots and votes returned by the commissioners of Grant Parish, Ward No. 2, as counted under the orders of the Parish Court of that parish, and to include the same in his official declaration and promulgation of the vote cast for district judge of the twelfth judicial district as shewing the *prima facie* result of said election." Aristide Barbin, alleging his interest, took a suspensive appeal from that judgment, and also applied for a writ prohibiting the Secretary from executing that judgment pending his appeal.

MANNING, C. J., delivered the opinion, granting the writ.